UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LETREVIS DEVON NATHAN

    Plaintiff,

v.                            CASE NO.: 6:23-CV-860-RBD-EJK

WAYNE IVEY, in his official capacity as
Sheriff of Brevard County, Florida and
AARON RADCLIFF, individually,

    Defendants.
_____/

## SECOND NOTICE OF MEDIATION

Pursuant to the Court's Order (Doc. 23) dated July 13, 2023, the parties advise that they have conferred and have agreed to a mediation on August 20, 2024, at 1:30 p.m. with mediator Robert Moletteire, Mediate First, 200 E. Robinson Street, Suite 700, Orlando, Florida 32801, 407-649-9495.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also serve notice via electronic mail to the following: Daniel P. Faherty, Esq., *cgunter@ctrfa.com* and *croca@ctrfa.com*, Telfer, Faherty & Anderson, 815 S. Washington Ave., Suite 201, Titusville, Florida 32780.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
*grant@debevoisepoulton.com*
ANA CRISTINA CUELLO, ESQ.
Florida Bar No.: 1010406
*cuello@debevoisepoulton.com*
MATTHEW A. KOZYRA, ESQ.
Florida Bar No.: 93425
*kozyra@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida  32792
Telephone:  407-673-5000
Facsimile:   321-203-4304
Attorneys for Defendants
Sheriff Ivey and Radcliff

2